IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 4:24-CR-15 |
| MALIK WILLIAMS, | : |
| Defendant. | : |

### DEFENDANT'S WRITTEN WAIVER OF
### INITIAL APPEARANCE AND ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charge(s) contained therein, requests a trial by jury, and waives appearance at the initial appearance and arraignment scheduled in this case for July 29, 2025.

Respectfully submitted, this 23rd day of July, 2025

_Malik Williams_
Printed Name of Defendant

_[signature]_
Signature of Defendant

_William J. Kendrick II_
Printed Name of Attorney

_[signature]_
Signature Attorney for Defendant

### ORDER

Based on the affirmations contained in Defendant's Written Waiver of Initial Appearance and Arraignment above, the Court HEREBY

Accepts Defendant's waiver, excuses his attendance at the initial appearance and arraignment scheduled in this case and ORDERS that this case be removed from the list of hearings scheduled for July 29, 2025.

DONE at Columbus, Georgia this 23rd day of July, 2025.

_[signature]_
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA